# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. NEDDS,<br><br>        Petitioner,<br><br>    v.<br><br>DON TAYLOR (Warden),<br><br>        Respondent. | No. CV 01-8355-DSF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as time-barred.

DATED: 8-11-08

_Dale S. Fischer_
DALE S. FISCHER
United States District Judge