# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. NEDDS,<br><br>               Petitioner,<br><br>    v.<br><br>DON TAYLOR, Warden,<br><br>               Respondent. | Case No. CV 01-8355 DSF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT IS ORDERED that: (1) The Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: 7/15/16

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE