# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. NEDDS, | Case No. CV 01-8355 DSF (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DON TAYLOR, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 7/15/16

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE